IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLIE SUE ATKINSON, | : | Civil Action No. 4:16-CV-1686 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| HAMILTON TOWNSHIP, *Tioga County*, *Commonwealth of Pennsylvania*, | : | |
| | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant. | : | |

# ORDER

September 9, 2016

Because the Court writes only for the parties, the undersigned will conserve judicial resources and not rehash the sound opinion of the magistrate judge. Accordingly, the Court will adopt the thorough, and legally correct, outcome of the report and recommendation written by Chief Magistrate Judge Martin C. Carlson. The Court notes that it has conducted an independent *de novo* review of the matter and has reached the same conclusion as did the magistrate judge. ECF NO. 4.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1

1. The Report and Recommendation of the Magistrate Judge is ADOPTED in full.  ECF No. 4.

2. Final judgment is entered in favor of Defendant and against Plaintiff.

3. The clerk is directed to close the case file.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge